(April 14, 1952.)

In the Matter of WALTER J. KLEIN, an Attorney, Respondent. RICHMOND COUNTY BAR ASSOCIATION, Petitioner.—

Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.